**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*July 24, 2024*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:24-cr-00383** |
| | § | |
| **CARLOS ALBERTO TRIGUEROS-BIOJO** | § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### Count One
**(Drug Paraphernalia)**

Between on or about December 4, 2023, and continuing until on or about December 5, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARLOS ALBERTO TRIGUEROS-BIOJO**

did knowingly import into the United States of America from Colombia drug paraphernalia, as the term drug paraphernalia is defined in 21 U.S.C. § 863(d), to wit: a container, which is primarily intended or designed for use in concealment of a controlled substance.

In violation of Title 21, United States Code, Section 863(a)(3) and 863(b).

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Leo J. Leo, III*

Leo J. Leo, III
Assistant United States Attorney